# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 04-00434ACK |
| CASE NAME: | United States of America Vs. Francis Ogata |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | Dean Hoe and Victor Bakke-Retained Counsel |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Debra Chun |
| DATE: | 04/25/2008 | TIME: | 2:03pm-2:28pm |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release should not Be Revoked-Defendant present in Custody.

Defendant admits to alleged violations of Supervised Release No. 1, 2 and 3 as stated in the Request for Course of Action filed on April 22, 2008.

Offer of Proof was stated for the record.

Sentencing continued to May 2, 2008 @2:00 p.m.

Defendant remanded to the Custody of the U.S. Marshal's.

Submitted by Leslie L. Sai, Courtroom Manager